SHAWN HANSON (SBN109321)
shanson@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
DANIELLE CROCKETT (SBN #261809)
dcrockett@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:     415-765-9500
Facsimile:     415-765-9501

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHRISTOPHER MURRAY,<br><br>                Plaintiff,<br><br>        v.<br><br>STANDARD INSURANCE COMPANY,<br><br>                Defendant. | Case No.  3:10-CV-03368-MMC<br><br>ORDER APPROVING<br><br>**STIPULATION ~~AND [PROPOSED] ORDER~~ TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>Judge: Maxine M. Chesney<br>Ctrm: Courtroom 7, 19th Floor |

Pursuant to Local Civil Rule 6, Plaintiff Christopher Murray ("Plaintiff") and Defendant Standard Insurance Company ("Standard"), by and through their undersigned counsel, hereby stipulate and agree as follows:

    1.    Plaintiff initiated this action on July 30, 2010 (Doc. 1);

    2.    Standard filed its Motion to Dismiss the Third Cause of Action (Doc. 7) on September 22, 2010;

    3.    The Court granted the Motion to Dismiss on October 21, 2010 (Doc. 13);

    4.    In its Order on the Motion to Dismiss, the Court granted Plaintiff leave to file a First Amended Complaint by November 10, 2010;

    5.    Plaintiff intends to file a First Amended Complaint;

1       6.     Standard currently must file its Answer to the Complaint (Doc. 1) by November 4, 2010, before the First Amended Complaint is due; and

      7.     On October 25, 2010, Plaintiff's counsel agreed to extend the time for Standard to respond to the Complaint (Doc. 1) up to and including November 24, 2010. Plaintiff further agreed that if Plaintiff files an amended complaint on or before November 10, 2010, Standard's time to respond to such amended complaint shall be extended up to and including November 24, 2010.

NOW, THEREFORE, the parties hereby stipulate and agree that Standard shall have an additional twenty (20) days, up to and including November 24, 2010, to answer, move, or otherwise respond to the Complaint (Doc. 1) in this matter.

IT IS SO STIPULATED.

Dated: October 29, 2010                **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                         /s/
                                        DANIELLE CROCKETT
                                        Attorney for Defendant
                                        STANDARD INSURANCE COMPANY

                                        **JESSE S. KAPLAN**

                                         /s/
                                        JESSE S. KAPLAN
                                        Attorney for Plaintiff
                                        CHRISTOPHER MURRY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 5, 2010

                                        The Honorable Maxine M. Chesney
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING
CASE NO. 3:10-CV-03368-MMC