SHAWN HANSON (SBN109321)
shanson@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
DANIELLE CROCKETT (SBN #261809)
dcrockett@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:     415-765-9500
Facsimile:      415-765-9501

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CHRISTOPHER MURRAY,<br><br>                Plaintiff,<br><br>       v.<br><br>STANDARD INSURANCE COMPANY,<br><br>                Defendant. | Case No.  3:10-CV-03368-MMC<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>Judge: Maxine M. Chesney<br>Ctrm: Courtroom 7, 19th Floor |

Pursuant to Local Civil Rule 6, Plaintiff Christopher Murray ("Plaintiff") and Defendant Standard Insurance Company ("Standard"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for Standard to file a responsive pleading to Plaintiff's First Amended Complaint up to and including February 17, 2011, fourteen days after the mediation scheduled for February 3, 2011.

THEREFORE, the parties hereby stipulate and agree that Standard shall have up to and including February 17, 2011, to answer, move, or otherwise respond to the First Amended Complaint

1 in this matter.

2 IT IS SO STIPULATED.

3

4

5 Dated: January 6, 2011                    **AKIN GUMP STRAUSS HAUER & FELD LLP**

6                                           _____/s/_____
                                            DANIELLE CROCKETT
7                                           Attorneys for Defendant STANDARD INSURANCE
                                            COMPANY
8

9                                           **JESSE S. KAPLAN**

10
                                            _____/s/_____
11                                          JESSE S. KAPLAN
                                            Attorney for Plaintiff
12                                          CHRISTOPHER MURRY

13

14

15     I, Danielle Crockett, am the ECF user whose ID and password are being used to file this

16 Stipulation and [Proposed] Order to Extend Time to File Complaint.  In compliance with the Northern

17 District of California General Order 45, X.B., I hereby attest that Jesse Kaplan concurred in this filing.

18

19

20

21 Dated: January 6, 2011                    **AKIN GUMP STRAUSS HAUER & FELD LLP**

22                                          By_____/s/_____
                                            DANIELLE CROCKETT
23                                          Attorneys for Defendant STANDARD INSURANCE COMPANY

24

25

26                                          IT IS SO ORDERED

27                                          /s/ Maxine M. Chesney
                                            Judge Maxine M. Chesney
28

2
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING    CASE NO. 3:10-CV-03368-MMC