1  **JESSE S. KAPLAN CSB# 103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
   **(916) 488-3030**
3  **(916) 489-9297 fax**

4  **Attorney for Plaintiff**
   **CHRISTOPHER MURRAY**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER MURRAY,** | No.  3:10-CV-03368-MMC |
| **Plaintiff,** | **REQUEST FOR DISMISSAL** |
| v. | |
| **STANDARD INSURANCE COMPANY,** | |
| **Defendant.** | . |

Plaintiff CHRISTOPHER MURRAY and defendant STANDARD INSURANCE COMPANY hereby advise that this case has been settled through private mediation. By and through their attorneys, the undersigned, they stipulate in requesting that the entire action be dismissed with prejudice, each side to bear its own costs and attorney fees.

SO STIPULATED.

DATED: February 16, 2011          /s/   Jesse S. Kaplan

                                  JESSE S. KAPLAN
                                  Attorney for Plaintiff
                                  CHRISTOPHER MURRAY

DATED: February 16, 2011          /s/   Danielle C. Crockett

                                  Danielle C. Crockett
                                  AKIN GUMP STRAUSS HAUER
                                  & FELD LLP
                                  Attorneys for Defendant
                                  STANDARD INSURANCE COMPANY

Dated: February 17, 2011

IT IS SO ORDERED
Judge Maxine M. Chesney